# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HANS TIEFENTHALER, <br><br> Plaintiff, <br><br> v. <br><br> AMERISAVE MORTGAGE CORP., <br><br> Defendant. | CIVIL ACTION NO. <br> 1:19-CV-2862-AT |

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

| | |
|---|---|
| **PARONICH LAW, P.C.** | **TAYLOR ENGLISH DUMA LLP** |
| /s/ *Anthony Paronich* <br> Anthony Paronich <br> Email: anthony@paronichlaw.com <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> Telephone: (617) 485-0018 <br> Facsimile: (508) 318-8100 | /s/ Matthew R. Rosenkoff <br> Matthew R. Rosenkoff <br> 1600 Parkwood Circle, Suite 400 <br> Atlanta, GA 30339 <br> Telephone: (678) 336-7280 <br> Facsimile: (770) 434-7376 <br> mrosenkoff@taylorenglish.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Amerisave* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      April 28, 2020.

      *<u>Anthony Paronich</u>*
      Anthony Paronich